```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA 93944
7      Telephone: (831) 242-4537

8  Attorneys for Plaintiff
```

FILED
E-FILING
2008 JUL 25 P 2: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR-08 00491-MAG |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. 13 Assimilating |
| ) | CPC 243(e) – Battery. |
| vs. ) | |
| KEITH O. LAY, ) | |
| ) | |
| Defendant. ) | |

# I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: 18 U.S.C. Section 13 Assimilating CPC 243(e) – Battery.

On or about 20 May 2008, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

KEITH O. LAY,

1  did willfully and unlawfully use force and violence upon the person of Tracy L. Lay, his spouse,
2  in violation of Title 18, United States Code, Section 13, Assimilating California Penal Code
3  Sections 242 and 243(e), a Class A misdemeanor.

5  DATED: July 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
CPT Robert N. Michaels
SAUSA

2

INFORMATION
United States of America v. Keith Lay

**AO 257** (Rev. 9/92)

**CR-08 00491**  PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

2008 JUL 25 P 2:46
RICHARD W. WIEKING
CLERK U.S. vs.
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

**OFFENSE CHARGED**
See Attached

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT**
[name redacted]

Address: P-22B Javelin Court
FORT HUNTER LIGGETT, CA 93928

Birth Date: ☑ Male  ☐ Alien  ☐ Female  (if applicable)
(Optional unless a juvenile)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under   MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes," give date filed   Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal   Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment
To appear before Judge ~~Lloyd~~ Seeborg on ~~4 August~~ 10/6 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

ATTACHMENT TO PENALTY SHEET
U.S. v. LAY

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CPC 243(e) - Battery

Penalties:   Mandatory Minimum:
             N/A

             Maximum Penalties:
                 1 year imprisonment in county jail
                 $2,000 fine; or both