1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   ROBERT N. MICHAELS (PABN 200918)
5  Special Assistant United States Attorney

6      Defense Language Institute – Criminal Law
       1336 Plummer Street, Building 275
7      Monterey, CA  93944
       Telephone: (831) 242-4537
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SALINAS DIVISION
12

13 | UNITED STATES OF AMERICA,    ) Criminal No.: CR-08-00491-MAG
   |                              )
14 |         Plaintiff,            ) MOTION AND ORDER
   |                              ) FOR SUMMONS
15 | vs.                          )
   |                              )
16 | KEITH O. LAY,                )
   |                              )
17 |         Defendant.            )

18
       The Government hereby requests that a new summons be issued for the above named
19
   defendant.
20
       The defendant is no longer at the previous address provided and has moved to Camp
21
   Roberts, California. The defendant can be served at MTC – Building 914, Camp Roberts,
22
   California.
23
       The Government requests that the time, date, and location of initial hearing on the new
24
   summons be 6 October 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214,
25
   1000 Main Street, Salinas, California.
26

The Government makes this request based on the charge specified in the Information filed with the Court on 25 July 2008, which was violation of Title 18 United States Code, Section 13 Assimilating California Penal Code Sections 242 and 243(e), Battery, a Class A misdemeanor.

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Robert N. Michaels*
ROBERT N. MICHAELS
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: _____ 2008

_____
HOWARD R. LLOYD
United States Magistrate Judge