```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  ROBERT N. MICHAELS (PABN 200918)
    Special Assistant United States Attorney
 5
        Defense Language Institute – Criminal Law
 6      1336 Plummer Street, Building 275
        Monterey, CA  93944
 7      Telephone: (831) 242-4537

 8  Attorneys for Plaintiff
```

**FILED**

AUG 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: CR-08-00491-MAG |
|---|---|
| Plaintiff, | ) MOTION AND ORDER |
| vs. | ) FOR SUMMONS |
| KEITH O. LAY, | ) |
| Defendant. | ) |

The Government hereby requests that a new summons be issued for the above named defendant.

The defendant is no longer at the previous address provided and has moved to Camp Roberts, California. The defendant can be served at MTC – Building 914, Camp Roberts, California.

The Government requests that the time, date, and location of initial hearing on the new summons be 6 October 2008 at 9:30 AM at the United States Bankruptcy Court, Building 214, 1000 Main Street, Salinas, California.

The Government makes this request based on the charge specified in the Information filed with the Court on 25 July 2008, which was violation of Title 18 United States Code, Section 13 Assimilating California Penal Code Sections 242 and 243(e), Battery, a Class A misdemeanor.

JOSEPH P. RUSSONIELLO
United States Attorney

ROBERT N. MICHAELS
Special Assistant United States Attorney

**ORDER**

Based on the government's motion and good cause appearing,

IT IS HEREBY ORDERED that a Summons be issued for the above named defendant.

Dated: 8/25 2008

HOWARD R. LLOYD
United States Magistrate Judge