JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537
FAX: (831) 242-5198

Attorneys for Plaintiff

**FILED**

NOV – 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08-00491 MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| vs. | |
| KEITH O. LAY, | |
| Defendant. | |

On October 6, 2008, the parties in this case appeared before the Court for arraignment. The parties jointly requested that the case be continued from October 6, 2008, until December 1, 2008 at 9:30 a.m., in order to allow time for defendant's counsel to prepare for the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from October 6, 2008 to December 1, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-08-00491 MAG

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 20 October 2008

ROBERT N. MICHAELS
Special Assistant United States Attorney

DATED:

MICHELLE D. SPENCER
Counsel for LAY

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 6, 2008 to December 1, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 11/6/08

HOWARD R. LLOYD
United States Magistrate Judge