JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

FILED
MAY 2 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08-00491 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND CONTINUE STATUS HEARING |
| vs. | |
| KEITH O. LAY, | |
| Defendant. | |

    The parties jointly request that this case be continued from April 6, 2009 at 9:00 a.m. to June 1, 2009 at 9:00 a.m. for a status conference.

    In addition, the parties request an exclusion of time under the Speedy Trial Act, from April 6, 2009 to June 1, 2009. The parties agree and stipulate that an exclusion of time is appropriate for potential disposition.

/

/

/

STIPULATION AND ORDER EXCLUDING TIME
CASE NO: CR-08-00491 HRL

1

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 9, 2009

/S/
ROBERT N. MICHAELS
Special Assistant United States Attorney

DATED:  February 25, 2009

/S/
MICHELLE D. SPENCER
Counsel for LAY

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 6, 2009 to June 1, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 5/26/09

HOWARD R. LLOYD  RICHARD SEEBURG
United States Magistrate Judge

STIPULATION AND ORDER EXCLUDING TIME
CASE NO: CR-08-00491 HRL

2