1 | MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
2 | 55 River Street, Suite 100
Santa Cruz, CA 95060
3 | Tel: 831.458.0502
Fax: 831.426.0159
4

**FILED**

SEP 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5 | Attorney for Keith Lay

6

7 | IN THE UNITED STATES DISTRICT COURT

8

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

10

11 | UNITED STATES OF AMERICA,  ) Case No. CR 08-00491-HRL
           Plaintiff,                )
12 |                                  )
   | v.                               )
13 |                                  ) STIPULATION AND [PROPOSED]
   |                                  ) ORDER EXCLUDING TIME AND
14 |                                  ) CONTINUING STATUS HEARING
   |                                  )
15 | KEITH O. LAY,                    )
   |                                  )
16 |           Defendant.             )
   |                                  )

17

18    The United States of America, by and through its counsel, Robert N. Michaels, and Keith O.
19 Lay, by and through his counsel Michelle D. Spencer, hereby agree and stipulate that this case be
20 continued from August 3, 2009 to October 5, 2009 for further status conference and disposition.
21    Additionally, the parties agree and stipulate that under the Speedy Trial Act an exclusion of
22 time is appropriate from August 3, 2009 to October 5, 2009 for effective preparation, continuity of
23 counsel and disposition.
24 ///
25 //
26 /

Stipulation & Order Excluding Time
CR08000491                               - 1 -

| | |
|---|---|
| IT IS SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>UNITED STATES ATTORNEY |
| Dated: September 15, 2009 | /S/<br>ROBERT N. MICHAELS<br>Special Assistant United States Attorney |
| Dated: September 15, 2009 | /S/<br>MICHELLE D. SPENCER<br>Attorney for Keith O. Lay |

## ORDER

GOOD CAUSE SHOWING, the Court hereby orders that time shall be excluded under the Speedy Trial Act from June 1, 2009 to October 5, 2009. Based on the foregoing reasons, the Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendant in a speedy trial. An exclusion of time is hereby granted pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 9/22/09

_____
~~RICHARD SEEBORG~~
United States Magistrate Judge

Howard Lloyd